UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

SARAH GONZALES,

    Plaintiff,

v.

WYETH, LLC., et al.,

    Defendants.

5:13-CV-00213-FL

## ORDER

Coming before the Court is Plaintiff's Notice of Voluntary Dismissal. The Court having considered the matter **hereby orders that Plaintiff's claims and causes of action against all defendants are hereby dismissed with prejudice.**

**SO ORDERED:**

_____
Judge